**Martin H. TONN, Appellant,**

v.

**Jack FORSBERG; Donald G. Russell; Judith Screaton; Joseph D. Wyssmann; United States of America, Appellees.**

**No. 94–1082.**

United States Court of Appeals, Eighth Circuit.

Submitted July 5, 1994.

Decided July 11, 1994.

Rehearing and Suggestion for Rehearing En Banc Denied Aug. 26, 1994.

Appellant, pro se.

Gary R. Allen, Dept. of Justice, Washington, DC, for appellees.

Before FAGG, WOLLMAN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

Martin H. Tonn appeals the district court's dismissal of Tonn's *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971) action against Internal Revenue Service (IRS) employees who audited partnerships in which Tonn held financial interest. *See Tonn v. United States,* 847 F.Supp. 711, 716–18 (D.Minn.1993). Tonn contends that *Bivens* provides a remedy for taxpayers against IRS employees for their tax assessment and collection activities. Tonn's contention, however, is foreclosed by this court's contrary holding in *Vennes v. An Unknown Number of Unidentified Agents of United*

*States,* 26 F.3d 1448, 1453–1454 (8th Cir. 1994). We thus affirm the district court. *See* 8th Cir.R. 47B.